FILED
JAN 1 8 2018
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA AND PECOS DIVISIONS

§
§

## ORDER TO TRANSFER

Pursuant to the Amended Order Assigning the Business of the Court effective January 18, 2018, it appears to the Court that all cases and proceedings in the Midland/Odessa and Pecos Divisions of the Western District of Pecos should be transferred from the docket of Judge Robert Junell to the docket of Judge David Counts.

It is therefore ORDERED that all cases and proceedings in the Midland/Odessa and Pecos Divisions of the Western District of Texas are hereby TRANSFERRED to the docket of the Honorable David Counts. Pursuant to the Amended Order Assigning the Business of the Court effective January 18, 2018, the Clerk shall credit this case to the percentage of the business of the receiving Judge. All Orders shall remain in effect unless otherwise order by the receiving Judge.

SIGNED this 18th day of January, 2018.

_____
ORLANDO L. GARCIA
CHIEF UNITED STATES DISTRICT JUDGE